IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDDIE SARUVED WAY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3790

Opinion filed November 12, 2014.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Eddie Saruved Way, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, C. J., THOMAS and OSTERHAUS, JJ., CONCUR.